MICHAEL L. BECKER, ESQ.
Nevada Bar No. 8765
LAS VEGAS DEFENSE GROUP, LLC
2970 W. Sahara Avenue CASE NO. 2:12-cr-00340-JCM
Las Vegas, NV 89102
(702) 530-2325- Telephone
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT COURT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:13-cr-00340-JCM-VCF-2 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | STIPULATION AND ORDER |
| ) | TO CONTINUE REVOCATION HEARING |
| ERIC CHRISTOPHER FONTENELLE JR. ) | (FIRST REQUEST) |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

It is hereby stipulated and agreed between the United States of America, by and through Christopher Chiou, Acting United States Attorney by and through Supriya Prasad, Assistant United States Attorney and Michael L. Becker, counsel for Defendant ERIC CHRISTOPHER FONTENELLE JR., that the revocation hearing currently set for Wednesday, October 27th, 2021 at 10:30 a.m. in Courtroom 6A before the Honorable James C. Mahan be vacated and continued to a date and time convenient to the Court but no earlier than thirty days. This stipulation is entered into for the following reasons:

1. This is a joint request by counsel for the United States and for the Defendant for a continuance.

2. The Petition for Revocation of Supervised Release alleges that the Defendant committed a new offense while under supervision.

3. That said offense is scheduled for an initial appearance in St. Tammany Parish in Louisiana on November 4, 2021.

4. That the Defendant is currently being supervised in Louisiana.

5. That the Defendant does not object to this request for a continuance.

6. That this is the first request for a continuance of the revocation hearing.

A proposed order is attached.

RESPECTFULLY SUBMITTED this 22nd day of October 2021.

/s/ Michael L. Becker, Esq.
Michael L. Becker, Esq.
Nevada Bar No. 8755
Attorneys for Eric Christopher Fontenelle Jr

/s/ Supriya Prasad, Esq. Supriya Prasad
Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT COURT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                          )<br>                Plaintiff,               )<br>                                                          )<br>        vs.                                          )<br>                                                          )<br>                                                          )<br>                                                          )<br>ERIC CHRISTOPHER FONTENELLE JR., )<br>                                                          )<br>                                                          )<br>                Defendant.          )<br>_____) | CASE NO. 2:13-cr-00340-JCM-VCF-2<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER CONTINUING REVOCATION HEARING |

<u>FINDINGS OF FACT</u>

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. This is a joint request by Counsel for the United States and for the Defendant for a continuance.

2. The Petition for Revocation of Supervised Release alleges that the Defendant committed new offenses while under supervision.

3. That said offense is scheduled for an initial appearance in St. Tammany Parish in Louisiana on November 4, 2021

4. That the Defendant is currently being supervised in Louisiana.

5. That the Defendant does not object to this request for a continuance.

6. That this is the first request for a continuance of the revocation hearing.

## CONCLUSIONS OF LAW

For the above stated reasons, the ends of justice would be served by granting a continuance of the revocation hearing.

## ORDER

IT IS THEREFORE ORDERED, that the hearing regarding revocation currently scheduled for Wednesday, October 27th, 2021 at 10:30 a.m., be continued to the ___1st___ day of _December, 2021_ at _10:30_ a.m. in courtroom 6A before Judge James C. Mahan.

**SO ORDERED** October 25, 2021.

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

I certify that I am employee of Las Vegas Defense Group, LLC.  A copy of the above STIPULATION AND PROPOSED ORDER TO CONTINUE REVOCATION HEARING (First Request) was served upon counsel of record via Electronic Case Filing (ECF)

Dated this 22nd day of October, 2021

                                 /s/ Sarah E. Llausas
                                 An Employee of Las Vegas Defense Group, LLC.