MICHAEL L. BECKER, ESQ.
Nevada Bar No. 8765
LAS VEGAS DEFENSE GROUP, LLC
2970 W. Sahara Avenue CASE NO. 2:12-cr-00340-JCM
Las Vegas, NV 89102
(702) 530-2325- Telephone
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT COURT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:13-cr-00340-JCM |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | STIPULATION AND PROPOSED ORDER |
| ) | TO CONTINUE REVOCATION HEARING |
| ERIC CHRISTOPHER FONTENELLE JR. ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

It is hereby stipulated and agreed between the United States of America, by and through Christopher Chiou, Acting United States Attorney by and through Supriya Prasad, Assistant United States Attorney and Michael L. Becker, counsel for Defendant ERIC CHRISTOPHER FONTENELLE JR., that the revocation hearing currently set for Wednesday, February 2, 2022 at 10:30 a.m. in Courtroom 3A before the Honorable James C. Mahan be vacated and continued to a date and time convenient to the Court but no earlier than forty-five (45) days. This stipulation is entered into for the following reasons:

1. This is a joint request by counsel for the United States and for the Defendant for a continuance.

2. The Petition for Revocation of Supervised Release alleges that the Defendant committed a new offense while under supervision.

3. That said offense was scheduled for an arraignment in St. Tammany Parish in Louisiana on January 26, 2022, on Case No.: 5083M2021.

4. Defendant thought he had legal representation to appear on his behalf, but that did not occur;

5. The Louisiana Court then sent a letter to defendant's home address, which he was forced to vacate per court order due to the underlying domestic violence charge, which he did not receive until his mother recently gave it to him;

6. Defendant contacted the Louisiana Court to appear on the warrant but learned that said court is closed due to the Mardi Gras celebration in Louisiana;

7. Defendant plans to appear in the Louisiana Court on March 7, 2022;

8. That the Defendant is currently being supervised in Louisiana and has been advised by counsel to report his status to his officer.

9. Counsel has been in contact with Defendant, who does not object to this request for a continuance.

10. That this is the third request for a continuance of the revocation hearing.

A proposed order is attached.

RESPECTFULLY SUBMITTED this 28th day of February 2022.

/s/ Michael L. Becker, Esq.
Michael L. Becker, Esq.
Nevada Bar No. 8755
Attorneys for Eric Christopher Fontenelle Jr.

/s/ Supriya Prasad, Esq.
Supriya Prasad
Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT COURT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> ERIC CHRISTOPHER FONTENELLE JR., ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. 2:12-cr-00113-JCM-VCF-3 <br><br> FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER CONTINUING REVOCATION HEARING |

<u>FINDINGS OF FACT</u>

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. This is a joint request by Counsel for the United States and for the Defendant for a continuance.

2. The Petition for Revocation of Supervised Release alleges that the Defendant committed new offenses while under supervision.

3. That Defendant plans to appear in Court on March 7, 2022, to request the recall of a bench warrant that was ordered on January 26, 2022, after Defendant failed to appear for a scheduled arraignment in St. Tammany Parish in Louisiana on January 26, 2022.

4. That Defendant contends that his attorney failed to appear as originally scheduled on his behalf;

5. That the Defendant is currently being supervised in Louisiana.

6. That the Defendant has been in communication with counsel and does not object to this request for a continuance.

7. That this is the third request for a continuance of the revocation hearing.

## CONCLUSIONS OF LAW

For the above stated reasons, the ends of justice would be served by granting a continuance of the revocation hearing.

## ORDER

IT IS THEREFORE ORDERED, that the hearing regarding revocation currently scheduled for Wednesday, March 2nd, 2022 at 10:30 a.m., be continued to **April 27, 2022, at 10:00 a.m.** in Courtroom 6A before Judge James C. Mahan.

**SO ORDERED** March 1, 2022.

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I certify that I am employee of Las Vegas Defense Group, LLC.  A copy of the above STIPULATION AND PROPOSED ORDER TO CONTINUE REVOCATION HEARING (First Request) was served upon counsel of record via Electronic Case Filing (ECF)

Dated this 28th day of February, 2022.

_____
An Employee of Las Vegas Defense Group, LLC.