MICHAEL L. BECKER, ESQ.
Nevada Bar No. 8765
LAS VEGAS DEFENSE GROUP, LLC
2970 W. Sahara Avenue
Las Vegas, NV 89102
(702) 530-2325- Telephone
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT COURT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ERIC CHRISTOPHER FONTENELLE JR. ) <br> ) <br> Defendant. ) <br> ) | CASE NO. 2:13-cr-00340-JCM <br><br> STIPULATION AND ORDER TO CONTINUE REVOCATION HEARING <br><br> (*seventh request*) |

It is hereby stipulated and agreed between the United States of America, by and through Christopher Chiou, Acting United States Attorney by and through Supriya Prasad, Assistant United States Attorney and Michael L. Becker, counsel for Defendant ERIC CHRISTOPHER FONTENELLE JR., that the revocation hearing currently set for October 19, 2022 at 11:00 a.m. in Courtroom 3A before the Honorable James C. Mahan be vacated and continued to a date and time convenient to the Court but no earlier than November 21, 2022. This stipulation is entered into for the following reasons:

1. This is a joint request by counsel for the United States and for the Defendant for continuance.

2. The Petition for Revocation of Supervised Release alleges that the Defendant committed a new offense while under supervision with an Addendum alleging additional reporting violations.

3. That said new case is currently scheduled for trial in St. Tammany Parish in Louisiana on October 17, 2022 (Case No.: 5083M2021).

4. That Mr. Fontenelle previously advised counsel that his trial was on October 12, 2022, having erroneously read a handwritten 7 as a 2.

5. That Mr. Fontenelle on the advice of counsel has advised his Louisiana attorney of the necessity of resolving the St. Tammany matter as swiftly as possible.

6. That Defendant is currently being supervised out of Louisiana.

7. Counsel has been in contact with Defendant, who does not object to this request for a continuance.

8. That this is the seventh request for a continuance of the revocation hearing.

A proposed order is attached.

RESPECTFULLY SUBMITTED this 14th day of October, 2022.

/s/ Michael L. Becker, Esq.
Michael L. Becker, Esq.
Nevada Bar No. 8755
Attorneys for Eric Christopher Fontenelle Jr.

/s/ Supriya Prasad, Esq.
Supriya Prasad
Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT COURT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br><br><br>ERIC CHRISTOPHER FONTENELLE JR.,<br><br><br>　　　　　Defendant. | CASE NO. 2:12-cr-00113-JCM-VCF-3<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER CONTINUING REVOCATION HEARING |

## FINDINGS OF FACT

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. This is a joint request by counsel for the United States and for the Defendant for continuance.

2. The Petition for Revocation of Supervised Release alleges that the Defendant committed a new misdemeanor offense while under supervision with an Addendum alleging additional reporting violations.

3. That Defendant's misdemeanor matter is set for trial on October 17, 2022, in St. Tammany Parish in Louisiana and it is in the best interests of the parties and the Court to have the state matter resolved prior to the subject violation hearing.

4. That the Defendant is currently being supervised in Louisiana.

3

5.  That the Defendant has been in communication with counsel and does not object to this request for a continuance.

6.  That this is the sixth request for a continuance of the revocation hearing.

## CONCLUSIONS OF LAW

For the above stated reasons, the ends of justice would be served by granting a continuance of the revocation hearing.

## ORDER

IT IS THEREFORE ORDERED, that the hearing regarding revocation currently scheduled for Wednesday, October 19, 2022 at 11:00 a.m., be continued to December 7, 2022, at 10:00 a.m. in Courtroom 6A.

DATED October 14, 2022.

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I certify that I am employee of Las Vegas Defense Group, LLC. A copy of the above STIPULATION AND PROPOSED ORDER TO CONTINUE REVOCATION HEARING (Fifth Request) was served upon counsel of record via Electronic Case Filing (ECF)

Dated this 14th day of October, 2022.

_/s/ Bettina Almaden_
An Employee of Las Vegas Defense Group, LLC.