MICHAEL L. BECKER, ESQ.
Nevada Bar No. 8765
LAS VEGAS DEFENSE GROUP, LLC
2970 W. Sahara Avenue
Las Vegas, NV 89102
(702) 530-2325- Telephone
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT COURT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:13-cr-00340-JCM |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | STIPULATION AND ORDER |
| ) | TO CONTINUE REVOCATION HEARING |
| ERIC CHRISTOPHER FONTENELLE JR. ) | |
| ) | (*eighth request*) |
| Defendant. ) | |

It is hereby stipulated and agreed between the United States of America, by and through Jason M. Frierson, United States Attorney by and through Supriya Prasad, Assistant United States Attorney and Michael L. Becker, counsel for Defendant ERIC CHRISTOPHER FONTENELLE JR., that the revocation hearing currently set for December 8, 2022 at 10:00 a.m. in Courtroom 3A before the Honorable James C. Mahan be vacated and continued to a date and time convenient to the Court but no earlier than February 1, 2023. This stipulation is entered into for the following reasons:

1. This is a joint request by counsel for the United States and for the Defendant for continuance.

1

2. The Petition for Revocation of Supervised Release alleges that the Defendant committed a new offense while under supervision with an Addendum alleging additional reporting violations of the terms of supervised release.

3. That said new case is currently scheduled for trial in St. Tammany Parish in Louisiana on January 23, 2023 (Case No.: 5083M2021), having been continued several times.

4. That Mr. Fontenelle on the advice of counsel has advised his Louisiana attorney of the necessity of resolving the St. Tammany matter swiftly.

5. That Defendant is currently being supervised out of Louisiana.

6. Counsel has been in contact with Defendant, who does not object to this request for a continuance.

7. That counsel for defendant is also scheduled to start an attempted murder trial in *People of the State of Colorado v. Blake Romine*, Case No.: 21CR1722, on December 6, 2022, in Jefferson County, CO.

8. That this is the eighth request for a continuance of the revocation hearing.

A proposed order is attached.

RESPECTFULLY SUBMITTED this 30th day of November, 2022.

/s/ *Michael L. Becker, Esq.*
Michael L. Becker, Esq.
Nevada Bar No. 8755
Attorneys for Eric Christopher Fontenelle Jr.

/s/ *Supriya Prasad, Esq.*
Supriya Prasad
Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT COURT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>)<br>ERIC CHRISTOPHER FONTENELLE JR., )<br>)<br>)<br>Defendant. )<br>_____ ) | CASE NO. 2:12-cr-00113-JCM-VCF-3<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER CONTINUING REVOCATION HEARING |

## FINDINGS OF FACT

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. This is a joint request by counsel for the United States and for the Defendant for continuance.

2. The Petition for Revocation of Supervised Release alleges that the Defendant committed a new misdemeanor offense while under supervision with an Addendum alleging additional reporting violations of supervised release conditions.

3. That Defendant's misdemeanor matter is set for trial on January 23, 2023, in St. Tammany Parish in Louisiana and it is in the best interests of the parties and the Court to have the state matter resolved prior to the subject violation hearing.

4. That the Defendant is currently being supervised in Louisiana.

5. That the Defendant has been in communication with counsel and does not object to this request for a continuance.

6. That this is the eighth request for a continuance of the revocation hearing.

## CONCLUSIONS OF LAW

For the above stated reasons, the ends of justice would be served by granting a continuance of the revocation hearing.

## ORDER

IT IS THEREFORE ORDERED, that the hearing regarding revocation currently scheduled for Wednesday, December 8, 2022 at 10:00 a.m., be continued to February 10, 2023, at 10:30 a.m. in Courtroom 6A before Judge James C. Mahan.

**SO ORDERED** November 30, 2022.

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I certify that I am employee of Las Vegas Defense Group, LLC. A copy of the above STIPULATION AND PROPOSED ORDER TO CONTINUE REVOCATION HEARING (Eigth Request) was served upon counsel of record via Electronic Case Filing (ECF)

Dated this 30th day of November, 2022.

_____*Bettina Almaden*_____
An Employee of Las Vegas Defense Group, LLC.